

JOHN M.
WATERS
CLERK OF COURT

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373--5830
FAX: 217-373--5834

December 29, 2004

James Delaney, B41410
Logan Correctional Center
RR3, Box 1000
Lincoln, IL 62656

Dear Mr. Delaney,

    We have the exhibits and/or depositions in the above case.  Please notify this office within ten (10) days if you wish to have the exhibits and/or depositions returned to your files. You will be responsible for retrieving the exhibits and/or depositions.  If we do not have a response from you within ten (10) days, the exhibits and/or depositions will be destroyed.

    Yours truly,

    JOHN M. WATERS, CLERK
    U. S. DISTRICT COURT


      s/Christy Taylor
    Deputy Clerk