

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

**FILED**

JAN 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:  ___Delaney___  v  ___Battlin, et al___

Case # ___00-3084___

Received ___Defendant's___ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this _____ day of _____.

Received by: _Joseph Vasey_